UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SCOTT CAWTHON,<br><br>                    Plaintiff,<br><br>           - against -<br><br>YONGCHUNHENGYUANMAOYIYOUXIANGONGSI,<br><br>                    Defendant. | **ORDER**<br><br>22 Civ. 5059 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

Upon the declaration of Anthony C. Gunst IV dated December 27, 2023 (Dkt. No. 23-1), Defendant will show cause before the Hon. Paul G. Gardephe on **Tuesday, April 30, 2024 at 11:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, why an order for default judgment should not be entered against Defendant for failing to serve and file an answer after having been served with the summons and Complaint herein.

Plaintiff will serve on Defendant by email a copy of this order, together with the Plaintiff's supporting affidavit and exhibits on or before 5:00 P.M. on **April 19, 2024**.

Defendant will serve and file any response by 5:00 P.M. on **April 26, 2024**.

The Clerk of Court is directed to terminate the motion at Dkt. No. 23.

Dated:  New York, New York          SO ORDERED.
            April 16, 2024

_____
Paul G. Gardephe
United States District Judge