UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SCOTT CAWTHON,

          Plaintiff,

- against -

YONGCHUNHENGYUANMAOYIYOUXIANGONGSI,

          Defendant.

**ORDER OF DEFAULT**

22 Civ. 5059 (PGG) (RWL)

PAUL G. GARDEPHE, U.S.D.J.:

      The Complaint in this copyright action was filed on June 16, 2022. (Dkt. No. 1)

      On January 9, 2023, Plaintiff moved for substitute service by email, pursuant to Federal Rule of Civil Procedure 4(f). (Dkt. No. 11) This Court granted Plaintiff's motion on June 20, 2023. (Dkt. No. 16)

      Plaintiff served Defendant with the Complaint by email on June 28, 2023. (Dkt. No. 17)

      Defendant has not filed an answer, moved against the Complaint, or appeared in this action. The Clerk of Court issued a certificate of default as to Defendant on July 21, 2023. (Dkt. No. 22)

      Plaintiff moved for a default judgment on December 27, 2023. (Dkt. No. 23)

      In an April 16, 2024 order, this Court directed Defendant to show cause why a default judgment should not be entered, and set a default hearing for April 30, 2024. (Dkt. No. 24)

2

Defendant has not responded to the order to show cause, and did not appear at the April 30, 2024 hearing.

For the reasons stated at the April 30, 2024 hearing, an order of default is entered against Defendant.

This matter is referred to Magistrate Judge Lehrburger for an inquest into damages.

Dated: New York, New York
      May 2, 2024                        SO ORDERED.

                                                  Paul G. Gardephe
                                                  United States District Judge