UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SCOTT CAWTHON,

         Plaintiff,

- against -

YONGCHUNHENGYUANMAOYIYOUXIANGONGSI,

         Defendant.

**ORDER**

22 Civ. 5059 (PGG) (RWL)

PAUL G. GARDEPHE, U.S.D.J.:

    Plaintiff has moved for entry of a default judgment and permanent injunction against Defendant for its copyright infringement arising out of Defendant's unauthorized use of Plaintiff's Five Nights at Freddy's copyrights in connection with the sale, offering for sale, distribution, and/or advertising of infringing goods.

    WHEREAS this Court has considered the Memorandum of Law (Dkt. No. 23), Declaration of Anthony C. Gunst IV (Dkt. No. 23-1), and all other pleadings and papers on file in this action;

    WHEREAS this Court has issued an Order of Default against the Defaulting Defendants (Dkt. No. 29); and

    WHEREAS this Court has referred this matter to Magistrate Judge Lehrburger for an inquest into damages (Dkt. No. 28);

    It is hereby ORDERED as follows:

### I.    Permanent Injunction

1. Defendant, its affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting in active concert with it – who receive actual notice of this Order – shall:

    A.    Disclose all websites and other locations where the infringing goods are sold;

B. Disclose the means by which the infringing goods are manufactured and where the manufacturing occurs;

C. Provide an accounting of all inventory of the infringing goods;

D. Provide an accounting of any and all sales of the infringing goods;

E. Remove the infringing goods from any and all websites or other points of sale;

F. Cease infringing on Plaintiff's copyrights through sale of the infringing goods;

G. File with this Court and serve upon Plaintiff within thirty (30) days of the entry of this injunction a written report under oath describing in detail the manner and form in which Defendant complied with the injunctive relief set forth in this section, pursuant to 17 U.S.C. § 502(a); and

H. Destroy all inventory of the infringing goods pursuant to 17 U.S.C. § 503(b).

## II. Miscellaneous Relief

A. This Court shall retain jurisdiction over this matter and the parties in order to construe and enforce this Order.

Dated: New York, New York
May 2, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge